UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lemberg Law LLC, <br>     Plaintiff, <br>  v. <br><br> Tammy Hussin, Law Office of Tammy Hussin P.C. d/b/a Hussin Law <br><br>     Defendants. | Civil Action No.: 3:15-CV-00737-MPS <br><br> August 18, 2015 |

## **OBJECTION FOR MOTION FOR EXTENSION OF TIME**

  Plaintiff Lemberg Law LLC, hereby objects to Defendants Tammy Hussin and the Law Office of Tammy Hussin P.C. d/b/a Hussin Law (the "Defendants), request for extension of time for thirty (30) days to answer or otherwise respond to Plaintiff's Complaint.

  1. Plaintiff served the Complaint on the Defendants on May 30, 2015.

  2. Initially, Defendants sought time to obtain local counsel and to address internal and private issues. Plaintiff acceded to that request and Plaintiff did not pursue a default for Defendants failure to appear or plead as of the deadline of June 20, 2015.

  3. Defendants each appeared on July 2, 2015.

  4. Further, Plaintiff consented on July 2, 2015, when Defendants moved for extensions of time to respond to Plaintiff's Complaint until August 2, 2015.

  5. Thereafter, Defendants had scheduling issues, and a conference via telephone pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16 was not held until August 4,

2015. After that conference, the 26(f) report was drafted so that discovery and pleading would commence at the conclusion of a mediation. In the ensuing week, there were further communications by e-mail about the possibility and terms of a mediation and scheduling, but the parties were unable to reach agreement.

6. On August 10, 2015, Plaintiff's counsel emailed Defendants indicating that the parties could not agree on mediation terms, and therefore requested that the 26(f) report reflect the immediate commencement of discovery and for the Defendants to file a responsive pleading within 14 days of the filing of the 26(f) report.

7. On August 17, 2015, a final telephone conference was held and the parties could not agree on a case management plan, because for the first time Defendant Hussin raised as an issue that she would seek to stay all discovery in the case while she pursued a grievance claim against Plaintiff. Plaintiff believes the case should proceed forthwith and so advised Defendant Hussin.

8. Today, Defendants moved for additional time to respond to Plaintiff's Complaint to September 18, 2015 and formally advised the Court that they will also seek to stay the case in its entirety pending some investigation against the Plaintiff allegedly to be commenced by the Connecticut State Wide Grievance Committee. Plaintiff does not believe discovery or this case should be stayed pending some alleged investigation by the Connecticut State Wide Grievance Committee.

8. Plaintiff filed its 26(f) report as required on August 18, 2015 and proposed that the Defendants file a responsive pleading by September 1, 2015.

9.	Plaintiff has been very accommodating in allowing additional time for Defendants to plead up to this point, however, the Defendants request to plead to September 18, 2015 would be 110 days from the date the Defendants were served with the Complaint.

10.	For the foregoing reasons, Plaintiff requests that this Court deny Defendants Second Motion for Extension of Time so that the case may proceed in a timely and orderly fashion.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendants' Motion for Extension of Time and calendar the Defendants pleading deadline for September 1, 2015.

> **THE PLAINTIFF,**
> **LEMBERG LAW, LLC**
>
> By: __/s/ Ryan W. Scully_____
> **PETER NOLIN (ct06223)**
> **RYAN W. SCULLY (ct28039)**
> **CARMODY TORRANCE SANDAK, HENNESSEY LLP**
> 707 Summer Street – 3rd Floor
> Stamford, CT 06901-1026
> Tel: 203-425-4200
> Fax: 203-325-8608
> pnolin@carmodylaw.com
> rscully@carmodylaw.com

## **CERTIFICATION**

I hereby certify that on August 18, 2015, a copy of the foregoing Rule 26(f) Report of Parties' Planning Meeting was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /S/ Ryan W. Scully
Ryan W. Scully