UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lemberg Law LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:15-CV-00737-MPS |
| | : |
| Tammy Hussin, Law Office of Tammy Hussin | : |
| P.C. d/b/a Hussin Law | : October 29, 2015 |
| | : |
| Defendants. | : |
| | : |
| | : |
| | : |

## PLAINTIFF'S RESPONSE TO
## AFFIRMATIVE DEFENSES AND ANSWER TO COUNTERCLAIMS

## FIRST AFFIRMATIVE DEFENSE

1. The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED.

    a. DENIED.

    b. DENIED.

    c. DENIED

    d. DENIED

    e. DENIED. The allegation has no relevance to any claims or defenses in this action and Defendants lack standing to bring these claims.

    f. DENIED The allegation has no relevance to any claims or defenses in this action and Defendants lack standing to bring these claims.

g.  DENIED.

h.  DENIED.

i.  DENIED

j.  DENIED.

k.  DENIED.

l.  DENIED.

m. DENIED.

n.  DENIED

o.  DENIED

p.  DENIED

q.  DENIED.

r.  DENIED

s.  DENIED

t.  DENIED

u.  DENIED.

v.  DENIED.

w.  DENIED.

x.  DENIED.

y.  DENIED.

z.  DENIED.

aa. DENIED.

2.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

3.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED.

4.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

5.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

6.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

7.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

8.    Plaintiff lacks sufficient information to admit or deny the allegations in this paragraph.

9.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

10. The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

11. The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

12. The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

## SECOND AFFIRMATIVE DEFENSE

1.      DENIED.

2.      DENIED.

3.      DENIED.

4.      The paragraph contains legal conclusions to which no response is required. To the extent a response is required, the allegation is DENIED.

5.      DENIED.

6.      DENIED.

7.      DENIED.

8.      DENIED.

9.      DENIED.

10.     DENIED.

11.     DENIED.

12.     DENIED.

13.     Plaintiff is unable to admit or deny this paragraph as to any "Grievance Panel investigation," and whether or not the "Grievance Panel investigation" exists, is confidential by law.

14.     DENIED.

15.     DENIED.

## COUNTERCLAIM

1.      Admitted to the extent Sergei Lemberg is the sole member of Lemberg Law LLC, a Connecticut LLC. The remainder of the allegations is DENIED.

2.      ADMITTED.

3.      Plaintiff admit that Hussin was hired as a contract attorney to act as Of Counsel to Lemberg Law in California. The remainder of the allegation is DENIED.

4.      DENIED.

5.      DENIED.

6.      Admitted that Hussin interviewed some Of Counsel attorneys in some states and had some involvement in the training of some lawyers.  The remainder of the allegation is DENIED.

7.      Admitted to the extent that in her capacity as a contract attorney at Lemberg Law, as part of her work Hussin provided support and oversight for other Of Counsel attorneys. The remainder of the allegation is DENIED.

8.      DENIED.

9.      Plaintiff lacks sufficient information to fairly admit or deny the allegations in this paragraph.

10.     Plaintiff lacks sufficient information to fairly admit or deny the allegations in this paragraph.

11.     DENIED.

12.     Admitted to the extent that in her capacity as a contract attorney at Lemberg Law, Hussin had some involvement in the training of some paralegals and, pursuant to her work duties, conducted one conference call. The remainder of the allegation is DENIED.

13.     DENIED.

14.     Admitted to the extent that in her capacity as a contract attorney at Lemberg Law, Hussin provided some information and support to some paralegals and attorneys at the firm. The remainder of the allegation is DENIED.

15.     Admitted to the extent that in her capacity as a contract attorney at Lemberg Law, Hussin had some involvement in the development of some TCPA pleadings. The remainder of the allegations is DENIED.

16.     DENIED.

17.     DENIED.

18.     DENIED.

19.     Admitted to the extent that Hussin filed several cases captioned as class actions, though none was certified as such by any court. The Horton Class Action was filed by Hussin as Of Counsel to Lemberg Law. The remainder of the allegations of the paragraph are DENIED.

20.     Admitted to the extent Hussin had access to firm resources. The remainder of the allegations of the paragraph are DENIED.

21.     DENIED.

22.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent Hussin used the firm's resources for her own legal and personal business, such use was conducted without Lemberg's knowledge, agreement or consent and in violation of Lemberg Law's policies.

23.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent Hussin used the firm's resources for her own legal and personal business, such use was conducted without Lemberg's knowledge, agreement or consent and in violation of Lemberg Law's policies.

24.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

25.     Admitted to the extent the financial arrangements changed over time. The remainder of the paragraph is DENIED.

26.     Admitted to the extent the financial arrangements changed over time. The remainder of the paragraph is DENIED.

27.     DENIED.

28.     Admitted to the extent that during the period Lemberg Law had an agreement with Privacystar, PrivacyStar had a mobile application that enabled its users to file complaints with the FTC. The remainder of the paragraph is DENIED.

29.      Admitted to the extent that PrivacyStar co-branded its mobile application with MetroPCS, in a mobile application called MetroBlockIt.

30.     Plaintiff has had no dealings with PrivacyStar since the Fall of 2013 and is unable to admit or deny what that company's mobile application currently does or does not do at present. Plaintiff admits that at the time it had dealings with Privacystar, Privacystar had a mobile application that allowed users to file FTC complaints.

31.     Plaintiffs admit that at the time it had dealings with Privacystar, Jeff Stalnaker was the CEO of PrivacyStar.

32.     Admitted to the extent that Lemberg Law and PrivacyStar entered into an advertising and intellectual property sharing agreement on or about September 2013. The remainder of the allegations in this paragraph are DENIED.

33.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegations are DENIED.

34.     Admitted to the extent that, at its customers' request and with its customers' affirmative consent, PrivacyStar provided some information about some of its customers to Lemberg Law, and Lemberg Law intake staff then contacted those customers. The remainder of the allegations in this paragraph are DENIED.

35.     DENIED.

36.     Admitted to the extent that, as part of Lemberg Law's normal intake process, Lemberg Law intake paralegals requested call details from potential clients. The remainder of this paragraph is DENIED.

37.     DENIED.

38.     DENIED.

39.     DENIED.

40.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

41.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

42.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

43.     DENIED.

44.     Admitted to the extent that clients of Lemberg Law execute a Request for Legal Services online pursuant to the Electronic Signatures in Global and National Commerce Act. The allegation is otherwise DENIED.

45.     DENIED.

46.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

47.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

48.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

49.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

50.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

51.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

52.     Admitted to the extent that after clients were interviewed and requested legal services, Lemberg Law opened their files. The remaining allegations are DENIED.

53.     DENIED.

54.     ADMITTED.

55.     ADMITTED.

56.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

57.     DENIED.

58.     DENIED.

59.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

60.     DENIED.

61.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

62.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

63.     Plaintiff is unable to admit or deny the allegations in this paragraph.

64.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

65.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

66.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED.

67.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

68.     DENIED.

69.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

70.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

71.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

72.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

73.     Plaintiff is unable to admit or deny the allegations in this paragraph.  To the extent a response is required, the allegation is DENIED.

74.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

75.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

76.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required the allegation is DENIED. To the extent a response is required, the allegation is DENIED.

77.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

78.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

79.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

80.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

81.     [LEFT BLANK BY DEFENDANTS, NO RESPONSE REQUIRED]

82.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

83.     DENIED.

84.     Admitted to the extent that Lemberg Law has a policy to promptly, professionally, and efficiently handle all matters. The remainder of the allegations are DENIED.

85.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

86.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

87.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

88.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

89.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

90.    [LEFT BLANK BY DEFENDANTS, NO RESPONSE REQUIRED]

91.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

92.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

93.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

94.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

95.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

96.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

97.    Plaintiff is unable to admit or deny the allegations in this paragraph. Lemberg Law ended its relationship with PrivacyStar months before the end of 2013.

98.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

99.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

100.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

101.    Admitted to the extent that for certain cases, Hussin agreed to pay Lemberg Law 40% of all fees plus costs. The remainder of the allegations in this paragraph are DENIED.

102.    DENIED.

103.    DENIED.

104.    ADMITTED.

105.    ADMITTED.

106.    ADMITTED.

107.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

108.    ADMITTED.

109.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

110.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

111.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

112.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

113.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

114.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

115.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

116.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

117.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

118.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

119.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

120.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

121.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

122.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

123.     [LEFT BLANK BY DEFENDANTS, NO RESPONSE REQUIRED]

124.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

125.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

126.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

127.     Admitted to the extent that Hussin continued to be allowed to have limited use of Lemberg's systems, but otherwise DENIED.

128.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

129.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

130.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

131.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

132.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

133.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

134.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

135.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

136.    Admitted to the extent that Hussin had limited access to the Lemberg Law system for the cases she was handling. The remainder of the paragraph is DENIED.

137.    DENIED.

138.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

139.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

140.    Admitted to the extent that the Lemberg Law firm generated the settlement statement and settlement payment on March 27, 2014. Plaintiff is without knowledge when such documents were received.

141.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

142.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

143.    DENIED. By email dated November 12, 2013, Hussin personally authorized JoAnne Perrone, an intake paralegal manager at the Lemberg Firm, to request Ms. Dixon's phone records for which she knew Lemberg Law would be charged $595 by PrivacyStar.

144.    Admitted to the extent that the cost charged by PrivacyStar to Lemberg Law was ultimately deducted from Ms. Dixon's settlement proceeds pursuant to her agreement with the firm and reduced such proceeds. Otherwise, the allegations in this paragraph are denied.

145.    DENIED.

146.    DENIED.

147.    ADMITTED.

148.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

149.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

150.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

151.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

152.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

153.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

154.    DENIED.

155.    DENIED.

156.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

157.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

158.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

159.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

160.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

161.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

162.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

163.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

164.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

165.     Admitted to the extent that, where PrivacyStar charged Lemberg Law for providing client telephone records to Lemberg Law, Lemberg Law charged clients whose records were thus provided for the cost.

166.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

167.     DENIED.

168.     DENIED.

169.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

170.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

171.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

172.    DENIED.

173.    DENIED.

174.    DENIED.

175.    DENIED.

176.    DENIED.

177.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

178.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

179.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

180.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

181.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

182.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

183.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

184.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

185.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

186.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

187.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

188.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

189.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

190.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

191.    DENIED.  Upon information and belief, at all relevant times, Horton had no contact with Hussin.

192.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

193.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

194.   Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

195.   Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

196.   Admitted to the extent that Hussin committed to escrowing 40% of all the fees obtained for Lemberg's benefit. Otherwise, the allegations in this paragraph DENIED.

197.   DENIED. Hussin failed to escrow 40% of legal fees for cases she resolved.

198.   ADMITTED.

199.   Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

200.   Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

201.   Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

202.   Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

203.   DENIED.

204.   Admitted to the extent the parties attempted to negotiate by email but otherwise the allegations in the paragraph are DENIED.

205.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

206.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

207.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

208.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

209.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

210.    Plaintiff is unable to admit or deny this paragraph as any "Grievance Panel investigation," whether it exists or not, is confidential by law.

211.    Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

212.    The allegations reveal confidential attorney-client communications and call on Plaintiff to do the same. Therefore, Plaintiff is unable to admit or deny the allegations.

213.    The allegations reveal confidential attorney-client communications and call on Plaintiff to do the same. Therefore, Plaintiff is unable to admit or deny the allegations.

214.     The allegations reveal confidential attorney-client communications and call on Plaintiff to do the same. Therefore, Plaintiff is unable to admit or deny the allegations.

215.     The allegations reveal confidential attorney-client communications and call on Plaintiff to do the same. Therefore, Plaintiff is unable to admit or deny the allegations.

216.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

217.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

218.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

219.     DENIED.

220.     DENIED.

221.     Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

222.     DENIED.

## COUNT ONE
## (BREACH OF CONTRACT)

223.     Plaintiff reincorporates and re-alleges the answers and responses alleged above as their answer to this paragraph.

224.    The paragraph contains legal conclusions to which not response is required. To the extent a response is required the allegation is DENIED.

      a.     DENIED.

      b.     DENIED.

      c.     DENIED.

      d.     DENIED

      e.     DENIED

      f.     DENIED

      g.     DENIED

      h.     DENIED

      i.     DENIED

      j.     DENIED

      k.     DENIED

      l.     DENIED

      m.     DENIED

      n.     DENIED

      o.     DENIED

      p.     DENIED

      q.     DENIED

      r.     DENIED

      s.     DENIED

t.  DENIED

u.  DENIED

v.  DENIED

w.  DENIED

224.  [DUPLICATE PARAGRAPH 224] DENIED.

225. [DUPLICATE PARAGRAPH 224] DENIED.

226.  DENIED.

227.  DENIED.

228.  DENIED.

229.  DENIED.

230.  DENIED.

231.  DENIED.

232.  DENIED.

## COUNT TWO

## <u>(CUTPA)</u>

233.  Plaintiff reincorporates and re-alleges the answers and responses alleged above as their answer to this paragraph.

234.  DENIED.

a.  DENIED.

b.  DENIED.

c.  DENIED.

      d.      DENIED

      e.      DENIED.

      f.      DENIED.

      g.      DENIED.

235.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED. It is further asserted that Defendants have no standing to assert claims on behalf of "Californians" or clients "nationwide."

236.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED. It is further asserted that Defendants have no standing to assert claims on behalf of "Californians."

237.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED. It is further asserted that Defendants have no standing to assert claims on behalf of "Californians."

238.    DENIED.

239.    Plaintiff are unable to admit or deny the allegations in this paragraph.

## COUNT THREE
## (CONVERSION)

240.    Plaintiff reincorporates and re-alleges the answers and responses alleged above as their answer to this paragraph.

241.    DENIED.

## COUNT FOUR
## (STATUTORY THEFT-TREBLE DAMAGES PER C.G.S. § 52-564)

242. Plaintiff reincorporates and re-allege the answers and responses alleged above as their answer to this paragraph.

243. The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED.

244. DENIED.

245. DENIED.

246. DENIED.

## COUNT FIVE
## (QUANTUM MERUIT)

247. Plaintiff reincorporates and re-allege the answers and responses alleged above as their answer to this paragraph.

248. Plaintiff is unable to admit or deny the allegations in this paragraph. To the extent a response is required, the allegation is DENIED.

249. The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED.

## COUNT SIX
## (UNJUST ENRICHMENT)

250. Plaintiff reincorporates and re-allege the answers and responses alleged above as their answer to this paragraph.

251. DENIED.

252.    The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED.

## COUNT SEVEN
## (ABUSE OF PROCESS)

253.    Plaintiff reincorporates and re-allege the answers and responses alleged above as their answer to this paragraph.

254. The paragraph contains legal conclusions to which no response is required. To the extent a response is required the allegation is DENIED.

255.    DENIED.

## PLAINTIFF/COUNTERCLAIM DEFENDANTS' AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS

Defendants/Counterclaim Plaintiffs' Counterclaims fail to state claims upon which relief can be granted as a matter of law.

Defendants/Counterclaim Plaintiffs lack standing to bring their claims against Plaintiff/Counterclaim Defendant.

Defendants/Counterclaim Plaintiffs Counterclaims are barred under the equitable doctrine of laches, waiver or estoppel in that

**THE PLAINTIFF,**

**LEMBERG LAW, LLC**

By:___/s/ Ryan W. Scully_____
**PETER NOLIN (ct06223)**
**RYAN W. SCULLY (ct28039)**
**CARMODY TORRANCE SANDAK, HENNESSEY LLP**
707 Summer Street – 3rd Floor
Stamford, CT 06901-1026
Tel: 203-425-4200
Fax: 203-325-8608
pnolin@carmodylaw.com
rscully@carmodylaw.com

{W2589703}

- 31 -

## <u>CERTIFICATION</u>

I hereby certify that on October 29, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


By:  /S/ Ryan W. Scully_____
Ryan W. Scully