## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT (HARTFORD)

| | | |
|---|---|---|
| LEMBERG LAW, LLC | : | CASE NO. 3:15-CV-00737 (MPS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| TAMMY HUSSIN, LAW | : | |
| OFFICE OF TAMMY HUSSIN, P.C. | : | |
| D/B/A HUSSIN LAW | : | |
| | | |
| Defendants | | January 27, 2016 |

### DEFENDANTS' MOTION TO TRANSFER VENUE

In the interests of convenience and justice, Defendants, Tammy Hussin and the Law Office of Tammy Hussin P.C. ("Hussin"), pursuant to 28 U.S.C. § 1404(a), move this Court to enter an order transferring venue in the above action from this Court to the United States District Court for the Southern District of California. This Motion to Transfer Venue is supported by Defendants' Memorandum of Law and Declaration of Tammy Hussin filed herewith.

        DEFENDANTS
        THE HUSSIN LAW OFFICES, P.C.

By: /s/ Craig S. Taschner
      Craig S. Taschner, Esq.
      Polivy & Taschner, LLC
      Six Central Row, 2nd Floor
      Hartford, CT 06103
      (860) 560-1180
      bar no. ct02595
      CTASCHNER@AOL.COM

TAMMY HUSSIN

By: /s/ Craig S. Taschner
      Craig S. Taschner, Esq.
      Polivy & Taschner, LLC
      Six Central Row, 2nd Floor
      Hartford, CT 06103
      (860) 560-1180
      bar no. ct02595
      CTASCHNER@AOL.COM

## CERTIFICATION OF SERVICE

I hereby certify that on January 27, 2016, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF System.

By:  /s/ Craig S. Taschner
Craig S. Taschner, Esq.
Polivy & Taschner, LLC
Six Central Row, 2nd Floor
Hartford, CT 06103
(860) 560-1180
bar no. ct02595
CTASCHNER@AOL.COM