UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lemberg Law LLC,<br>              Plaintiff,<br>  v.<br><br>Tammy Hussin, Law Office of Tammy Hussin P.C. d/b/a Hussin Law<br><br>              Defendants. | Civil Action No.: 3:15-CV-00737-MPS<br><br>February 3, 2016 |

## AMENDED
## MOTION TO SEAL AND/OR EXPUNGE

Plaintiff, Lemberg Law, LLC ("Plaintiff"), through undersigned counsel, hereby moves this Court to Seal and/or Expunge portions of the Defendants', Tammy Hussin and the Law Office of Tammy Hussin, P.C. ("Defendants or "Hussin") Answer, Affirmative Defenses and Counterclaims dated September 18, 2015 (Doc. 27) and the Defendant's Amended Answer, Affirmative Defenses and Counterclaims dated November 12, 2015 (Doc. 32).  As demonstrated more fully by Plaintiff's Memorandum Neither of these pleadings is operative in this litigation as Defendants have repled in accordance with the Court's December 18, 2015 Order.  However, these pleadings contain language that is confidential, impertinent, and scandalous.  The continued existence of these pleadings and said language in the public record has caused, and will continue to cause harm to the Plaintiff and its principal, Sergei Lemberg, Esq.  See previously filed Affidavit of Sergei Lemberg, Esq. (Doc. 44).

{W2642693}

The accusations and abusive language that Defendants make in these allegations, have no place in this Court and should be sealed and/or expunged from the public record. The most significant evidence of that fact is that the Defendants voluntary removed these allegations in the recently filed SAC in accordance with Court's December 18, 2015 Order.

        **THE PLAINTIFF/COUNTERCLAIM DEFENDANT,**
        **LEMBERG LAW, LLC**

        By: /s/ Peter M. Nolin
        **PETER M. NOLIN (ct06223)**
        **RYAN W. SCULLY (ct28039)**
        **CARMODY TORRANCE SANDAK, HENNESSEY LLP**
        707 Summer Street – 3rd Floor
        Stamford, CT 06901-1026
        Tel: 203-425-4200
        Fax: 203-325-8608
        pnolin@carmodylaw.com
        rscully@carmodylaw.com

## **CERTIFICATION**

I hereby certify that on February 3, 2016, a copy of the foregoing Motion to Seal and/Expunge was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


   By: /S/ Ryan W. Scully
   Ryan W. Scully