UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lemberg Law LLC, <br>       Plaintiff, <br> v. <br><br> Tammy Hussin, Law Office of Tammy Hussin P.C. d/b/a Hussin Law, <br><br>       Defendants. | Civil Action No.: 3:15-CV-00737-MPS <br><br> February 29, 2016 |

### RESPONSE TO MOTION BY CRAIG S. TASCHNER, ESQ. TO WITHDRAW AS ATTORNEY FOR TAMMY HUSSIN AND LAW OFFICE OF TAMMY HUSSIN P.C.

Plaintiff, Lemberg Law LLC, through the undersigned counsel, hereby responds to Defendants' **Motion By Craig S. Taschner, Esq. To Withdraw As Attorney For Tammy Hussin and Law Office Of Tammy Hussin P.C, (Doc # 76).**

Plaintiff objects to permitting Attorney Taschner to withdraw unless Defendants obtain substitute local counsel, and until an attorney appears for the Defendant **Law Office Of Tammy Hussin P.C**. Given that several pleadings and motions signed by Attorney Taschner's on behalf of Defendants remain *sub judice*, it would only be appropriate to permit withdrawal only upon the appearance of substitute counsel.

WHEREFORE, Plaintiff respectfully requests that the Court deny Attorney Taschner's Motion to Withdraw until such time as substitute counsel appears, especially for Defendant **Law Office Of Tammy Hussin P.C**.

THE PLAINTIFF/COUNTERCLAIM
DEFENDANT,
LEMBERG LAW, LLC


By:  /s/ Peter M. Nolin
Peter M. Nolin (ct06223)
Ryan W. Scully (ct28039)
**CARMODY TORRANCE SANDAK &
HENNESSEY LLP**
707 Summer Street – 3rd Floor
Stamford, CT 06901-1026
Tel: 203-425-4200
Fax: 203-325-8608
pnolin@carmodylaw.com
rscully@carmodylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

    /s/ Ryan W. Scully
Ryan W. Scully