UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (HARTFORD)

| | | |
|---|---|---|
| LEMBERG LAW, LLC | : | CASE NO. 3:15-CV-00737 (MPS) |
| Plaintiff | : | |
| vs. | : | |
| TAMMY HUSSIN, LAW OFFICE OF TAMMY HUSSIN, P.C. D/B/A HUSSIN LAW, | : | March 22, 2016 |
| Defendants | : | |

### NOTICE OF RELATED FILING

Defendant, Tammy Hussin, hereby gives notice of a related filing by Non-Party Cory Horton in the United States District Court, Northern District of California, *Lemberg Law, LLC v Tammy Hussin, et. al.*, Case No. 3:16-mc-80066-JCS. Hussin notifies the Court as the newly-filed documents are directly related to this action and may affect the discovery disputes currently pending before this Court. In particular, Hussin has refused to produce confidential and privileged communications relating to *Horton v Cavalry Portfolio Services*, Case No. 3:13-JAW-WVG (USDC, Southern Dist. CA) (the "Class Action").

Attached hereto as Exhibit A is Mr. Horton's Motion to Quash Subpoena and for Protective Order, and Declarations in support thereof. Lemberg was fired by Mr. Horton in the Class Action, and now seeks to depose Mr. Horton and has commanded him to produce communications with Ms. Hussin. In this related filing, Mr. Horton seeks a Protective Order prohibiting Lemberg from future efforts to harass, intimidate, and punish him for his decision to fire Lemberg. Mr. Horton asserts his privilege and seeks to protect his confidential attorney-client communications with Ms. Hussin, and also seeks to quash Lemberg's subpoena to be deposed. In addition, as demonstrated in

this related filing, Lemberg's pattern of misconduct spans far beyond the four walls of this litigation.

Defendant Hussin provides this notice as a courtesy to all, as there is as yet no coordinated ECF filing of the above related actions.

By: /s/Tammy Hussin
Tammy Hussin, Esq., Pro Se
Hussin Law
6404 Merlin Dr.
Carlsbad, CA  92011
Telephone:  877-677-5397
Facsimile:  877-667-1547
Tammy@HussinLaw.com

## CERTIFICATION

I hereby certify that on March 22, 2016, a copy of the foregoing Notice of Related Filing (with Exhibits) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<u>/s/ Tammy Hussin</u>
Tammy Hussin, Pro Se